**Seth A. SUMMERS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 103568**

Missouri Court of Appeals, Eastern District, Division Three.

Filed: August 30, 2016

Mark A. Grothoff, Woodrail Centre, Columbia, MO, Attorneys for Appellant

Chris Koster, Attorney General, Asst. Attorney General, Jefferson City, MO, Attorneys for Respondent

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.

**ORDER**

PER CURIAM.

Seth Summers appeals the judgment of the motion court denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We find the motion court's findings of fact and conclusions of law are not clearly erroneous and affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with

a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).